

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, NY 10278



May 7, 2025

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

    Re:  United States v. Tarek Bazrouk, 25 Cr. 203

Dear Judge Aaron:

    The defendant in the above-captioned case has now been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney

                    By:  /s/
                          Sam Adelsberg
                          Jim Ligtenberg
                          Assistant United States Attorneys
                          (212) 637-2494 / 2665

SO ORDERED:

*/s/ Stewart D. Aaron*   5/7/2025

Hon. Stewart D. Aaron
United States Magistrate Judge