UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                **ORDER**

        -against-                                                               25 Cr 203

TAREK BAZROUK,

                              Defendant.
------------------------------------------------------------X

        Defendant is hereby remanded pending the continuation of the bail hearing on May 13, 2025 at 10:00 am in Courtroom 17 B.

Dated: New York, New York
         May 7, 2025

                                                               _RMB_
                                                   **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/25