# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USA ,

                Government.    Docket No. 25 CR 203   (RMB)

   -against-

TAREK BAZROUK,
                Defendant(s)
-------------------------------------------------------------X

## Select the type of Hearing or Trial.

[ ]Allocution Hearing               [ ]Evidentiary Hearing           [ ]Material Witness Hearing   [ ]Removal Hearing
[ ]Appearance Through Counsel       [ ]Extradition Hearing           [ ]Motion Hearing             [ ]Revocation of Probation -
[ ]Appearance Without Counsel       [ ]Fatico Hearing                [ ]Nara Report Hearing            Final Hearing
[ ]Arraignment                      [ ]Forfeiture Hearing            [ ]Nebbia Hearing             [ ]Violation of Supervised
[ ]Attorney Appointment Hearing     [ ]Franks Hearing                [ ]Omnibus Hearing                Release
[ ]Bench Trial                      [ ]Hearing Out of Jury Presence  [ ]Oral Argument              [ ]Rule 44(c) Hearing
[ ]Bond Forfeiture Hearing          [ ]Hearing re Pro Se Status      [ ]Plea Agreement Hearing     [ ]Scheduling Conference
[ ]Bond Hearing                     [ ]In Camera Hearing             [ ] Plea                      [ ] Sentence
[ ]Bond Revocation Hearing          [ ]In Chambers Conference        [ ]Preliminary Examination    [ ]Show Cause Hearing
[ ]Change of Plea Hearing           [ ]Initial Appearance            [ ]Preliminary Revocation     [ ]Status Conference
[ ]Competency Hearing               [ ]Initial Appearance -              Hearing                   [ ]Suppression Hearing
[ ]Contempt Hearing                     Revocation Proceedings       [ ]Pretrial Conference        [ ]Telephone Conference
[ ]Curcio Hearing                   [ ]Initial Appearance - Rule 40  [ ]Pro Se (Faretta) Hearing   [ ]Trial Ready Hearing
[x]Detention Hearing                [ ]James Hearing                 [ ]Psychiatric Report         [ ]Voir Dire
[ ]Discovery Hearing                [ ]Jury Selection                    Hearing                   [ ]Other (Please Specify)
[ ]Dispositional Hearing (Juvenile) [ ]Jury Trial                    [ ]Remand Hearing

    [ ]Began    [x] Held    [ ]Continued    [ ]Completed    [ ]Scheduled for

Date: 5/7/25   Time: 4:35 pm   Duration: 23 minutes

5/7/25       AUSA James Ligtenberg present;
              AUSA Samuel Adelsberg present;
              Defendant and defense counsel Dalack present;
              Also present is pretrial services officer Anton King;
              Court Reporter Carly Davis present;
              Also present is pretrial services officer;
              defendant is remanded pending further bail hearing;
              defense submission to be filed by 5/9/25 at 12:00 noon;
              bail hearing will be held on 5/13/25 at 10:00 am in Courtroom 17B.

                                                Submitted by     C. Murray
                                                              Deputy Court Clerk

**The above information is required for the JS 6 report to the AO.**