Duration:

DOCKET No. 25CR203

DEFENDANT Tarek Bazrouk

AUSA Samuel Adelsberg

DEF.'S COUNSEL Andrew Dalack
☐ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 5/7/2025   ☐ VOL. SURR.
TIME OF ARREST 6:9am   ☒ ON WRIT
TIME OF PRESENTMENT 2:55pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $150,000 BOND   ☒ 3 FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☒ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☒ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☒ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: INSTALLATION OF BRACELET _____ ; REMAINING CONDITIONS TO BE MET BY: 5/21/2025

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

- Avoid contact with any person who is or may become a victim or witness unless in the presence of counsel.
- Defendant's mother & father shall serve as 3d party custodians for defendant

[SEE ATTACHED STATEMENT OF REASON FOR RELEASE]

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☒ CONFERENCE BEFORE D.J. ON 5/13/2025
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                      ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED           ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____            ☐ ON DEFENDANT'S CONSENT

_Stewart D. Aaron_

DATE: 5/7/2025

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE   PINK – U.S. ATTORNEY'S OFFICE   YELLOW – U.S. MARSHAL   GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

Statement of reasons:

The Court finds that the Government has not met its burden of establishing by a preponderance of the evidence that the Defendant is a flight risk. Notably, he has appeared in state court as required.

The Court also finds that the Government has not met its burden of establishing by clear and convincing evidence that Defendant is a danger to the community. Notably, the crimes alleged in the Indictment did not involve the use of weapons.

Appearing before me is a 20-year-old defendants who has no prior convictions, let alone felony convictions. I find that the conditions I impose will reasonably assure the safety of the community and the appearance of defendant in court as required.