UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**

      -against-                                            25 Cr 203

TAREK BAZROUK,

                              Defendant.
------------------------------------------------------------X

The remand in this case continues pending the Court's written order.


Dated: New York, New York
          May 13, 2025

                                                **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/25