**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                     Government,    :    22 CR. 203 (RMB)
                                             :
    - against -                           :    **ORDER**
                                             :
                                             :
TAREK BAZROUK,                               :
                                             :
                     Defendant.     :
---------------------------------------------------------------x

        The status conference scheduled for Tuesday, May 20, 2025 at 9:30 A.M. will take place in Courtroom 17B.

Dated: May 14, 2025
       New York, NY

                                        _____
                                             RICHARD M. BERMAN
                                                 U.S.D.J.