

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

May 27, 2025

**BY EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Tarek Bazrouk*, **25 Cr. 203 (RMB)**

Dear Judge Berman:

    The Government respectfully submits the attached proposed protective order in this case. It has been executed by the Government and defense counsel.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

by: _____
        Sam Adelsberg / Jim Ligtenberg
        Assistant United States Attorneys
        (212) 637-2494

cc: Andrew Dalack, Esq.